**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN OVERSIGHT,

*Plaintiff*,

v.

U.S. FEDERAL COMMUNICATIONS COMMISSION

*Defendant*.

Case No. 17-1492 (DLF)

**JOINT STATUS REPORT**

The parties, by and through their undersigned counsel, respectfully submit the following pursuant to the minute order dated January 22, 2018:

1. Defendant produced 75 pages of additional material responsive to the Pai Calendars & Communications FOIA Request on February 2, 2018.

2. Since that time, Plaintiff has been reviewing all of the materials produced in the case to evaluate the completeness of these productions and the nature of redactions contained therein in order to determine whether summary judgment briefing will be necessary.

3. The parties request one additional month for Plaintiff to complete review of the materials produced by Defendant and for the parties to address any outstanding issues.

4. The parties propose that they file a further joint status report no later than March 16, 2018. The parties are hopeful that they will have addressed all remaining issues by that time, but will inform the Court at that time if they believe summary judgment briefing will be required, along with a joint proposed briefing schedule if necessary.

Dated: February 16, 2018

Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
beth.france@americanoversight.org
*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney
For the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
marina.braswell@usdoj.gov
*Counsel for the Defendant*