IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 17-1492 (DLF) |
| ) | |
| U.S. FEDERAL COMMUNICATIONS ) | |
| COMMISSION ) | |
| ) | |
| *Defendant*. ) | |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, respectfully submit the following pursuant to the minute order dated February 19, 2018:

1. Defendant produced 75 pages of additional material responsive to the Pai Calendars & Communications FOIA Request on February 2, 2018.

2. Since that time, Plaintiff reviewed the supplemental production and asked Defendant for additional information regarding the scope of the search conducted to prepare that production.

3. The parties request two additional weeks for Defendant to gather and provide Plaintiff with this information and for the parties to confer to determine whether any issues remain that would require additional production or briefing.

4. The parties propose that Defendant provide Plaintiff with the information it has requested no later than March 23, 2018 and that the parties file a further joint status report no later than March 30, 2018. The parties are hopeful that they will have addressed all remaining issues by that time but will inform the Court at that time if they believe summary judgment briefing will be required, along with a joint proposed briefing schedule if necessary.

1

Dated: March 16, 2018                    Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
beth.france@americanoversight.org
*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney
For the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
marina.braswell@usdoj.gov
*Counsel for the Defendant*