IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 17-1492 (DLF) |
| U.S. FEDERAL COMMUNICATIONS COMMISSION | ) ) ) ) | |
| *Defendant*. | ) | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to the Court's March 30, 2018 Minute Order, the parties hereby inform the Court that the parties have resolved all outstanding issues relating to Defendant's productions, and there are no issues remaining in dispute. Therefore, pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), Plaintiff American Oversight and Defendant the Federal Communications Commission, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own costs, attorneys' fees, and expenses.

Dated: April 18, 2018         Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
beth.france@americanoversight.org
*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney
For the District of Columbia

1

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
marina.braswell@usdoj.gov
*Counsel for the Defendant*

2